OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
(617) 748-9057



FORM FOR SELECTION OF COUNSEL ON APPEAL
United States of America v. Lisa Biron

No. 13-1698

On appeal I wish to be represented in the following manner:

\_\_\_\_  I wish to represent myself and proceed as pro se.

\_\_\_\_  I request that _____ who represented me in the District Court be appointed to represent me.

\_✓\_  I request that the Court appoint new counsel to represent me.

\_\_\_\_  I have retained Attorney _____ to represent me.

Date: 5-29-13

Lisa Biron
Print Name

266 County Farm Rd.
Address

Dover, NH 03820
City, State, Zip

Lisa Biron
Signature

Return to:

Clerk's Office
United States Court of Appeals for the First Circuit
1 Courthouse Way, Boston, MA 02210

Failure to timely return this form to the Clerk's office may delay prosecution of your appeal.

# MOIR & RABINOWITZ, PLLC

ATTORNEYS AT LAW

JAMES H. MOIR
JEFFREY A. RABINOWITZ

5 GREEN STREET
CONCORD, NH 03301
(603) 224-3500
FAX (603) 226-4313

June 3, 2013

John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

RE: United States v. Lisa Biron, 13-1698

Dear Mr. Moakley,

Enclosed please find Ms. Biron's Form for Selection of Counsel on Appeal. I met with Ms. Biron personally on May 29, 2013 to provide her a copy of the selection form.

Ms. Biron's current address is 266 County Farm Road, Dover, NH 03820. This address will be valid until such time as the Bureau of Prisons decides where to send her.

If you have any questions, please do not hesitate to contact me.

Sincerely yours,

James H. Moir
NH Bar #1783

cc: Lisa Biron