**CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev. 01/08)**

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED<br>Lisa Biron | | VOUCHER NUMBER | |
|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER<br>0102 | 4. DIST. DKT./DEF. NUMBER<br>12-0140 | 5. APPEALS DKT./DEF. NUMBER<br>13-1698 | | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name)<br>USA v. Lisa Biron | 8. PAYMENT CATEGORY<br>☑ Felony   ☐ Petty Offense<br>☐ Misdemeanor   ☐ Other<br>☐ Appeal | 9. TYPE PERSON REPRESENTED<br>☑ Adult Defendant   ☐ Appellant<br>☐ Juvenile Defendant   ☐ Appellee<br>☐ Other | | 10. REPRESENTATION TYPE<br>(See Instructions)<br>CC |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*
18 USC 2434(a), 18 USC 2251(a),

### REQUEST AND AUTHORIZATION FOR TRANSCRIPT

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED *(Describe briefly)*
Appeal to US Court of Appeals for the First Circuit

13. PROCEEDING TO BE TRANSCRIBED *(Describe specifically)*. NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).
Opening Statements, Trial, Closing Arguments, Jury Instructions and Sentencing

14. SPECIAL AUTHORIZATIONS — JUDGE'S INITIALS

A. Apportioned Cost _____ % of transcript with *(Give case name and defendant)*

B. ☐ 14-Day   ☐ Expedited   ☐ Daily   ☐ Hourly   ☐ Realtime Unedited

C. ☐ Prosecution Opening Statement   ☐ Prosecution Argument   ☐ Prosecution Rebuttal
☐ Defense Opening Statement   ☐ Defense Argument   ☐ Voir Dire   ☐ Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

15. ATTORNEY'S STATEMENT

As the attorney for the person represented who is managed above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

*[signature]*   06/04/2013
Signature of Attorney   Date
James H. Moir
Printed Name
Telephone Number: (603) 224-3500
☑ Panel Attorney   ☐ Retained Attorney   ☐ Pro-Se   ☐ Legal Organization

16. COURT ORDER

Financial eligibility of the person represented having been established to the Court's satisfaction the authorization requested in Item 15 is hereby granted.

_____
Signature of Presiding Judge or By Order of the Court

Date of Order _____   Nunc Pro Tunc Date _____

### CLAIM FOR SERVICES

17. COURT REPORTER/TRANSCRIBER STATUS
☐ Official   ☐ Contract   ☐ Transcriber   ☐ Other

18. PAYEE'S NAME AND MAILING ADDRESS

Telephone Number: _____

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE

| 20. | TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|---|
| | Original | | | | | | |
| | Copy | | | | | | |
| | Expense *(Itemize)* | | | | | | |
| | | | | | **TOTAL AMOUNT CLAIMED:** | | |

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment *(compensation or anything of value)* from any other source for these services.

Signature of Claimant/Payee _____   Date _____

### ATTORNEY CERTIFICATION

22. CERTIFICATION OF ATTORNEY OR CLERK  I hereby certify that the services were rendered and that the transcript was received.

_____   _____
Signature of Attorney or Clerk   Date

### APPROVED FOR PAYMENT — COURT USE ONLY

| 23. APPROVED FOR PAYMENT | 24. AMOUNT APPROVED |
|---|---|
| _____<br>Signature of Judge or Clerk of Court   Date | |

# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name __United States v. Lisa Biron__
District Court Case No. __12-CR-0140__         District of New Hampshire
Date Notice of Appeal filed __5-28-2013__      Court of Appeals Case No. __13-1698__
Form filed on behalf of __Lisa Biron__

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____
Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

## TRANSCRIPT ORDER

Name of Court Reporter __Sandra Bailey__
Phone Number of Reporter __603-225-1454__

A.  ✓  This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | |
| ☒ Opening Statement (plaintiff) | 1-8-2013 |
| ☒ Opening Statement (defendant) | 1-8-2013 |
| ☒ Trial | 1-8 through 10-2013 |
| ☒ Closing Argument (plaintiff) | 1-10-2013 |
| ☒ Closing Argument (defendant) | 1-10-2013 |
| ☐ Findings of Fact/Conclusions of Law | |
| ☒ Jury Instructions | 1-10-2013 |
| ☐ Change of Plea | |
| ☒ Sentencing | 15-23-2013 |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) _____ | |
| ☐ Testimony (specify) _____ | |
| ☐ Other (specify) _____ | |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B.  ✓  I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

☐ Private funds.
☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
☒ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name __James H. Moir__           Filer's Signature ____
Firm/Address __5 Green Street, Concord, NH 03301__   Filer's Email address __jim@moirlaw.com__
Telephone number __603-224-3500__        Date mailed to court reporter __June 4, 2013__

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (6/09/09)                                    SEE INSTRUCTIONS ON REVERSE

# MOIR & RABINOWITZ, PLLC

ATTORNEYS AT LAW

JAMES H. MOIR
JEFFREY A. RABINOWITZ

5 GREEN STREET
CONCORD, NH 03301
(603) 224-3500
FAX (603) 226-4313

June 4, 2013

John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

    RE: <u>United States v. Lisa Biron</u>, 13-1698

Dear Mr. Moakley,

    Enclosed please find Ms. Biron's Transcript Order Form and CJA 24.

    If you have any questions, please do not hesitate to contact me.

Sincerely yours,

James H. Moir
NH Bar #1783