13-1698

Lisa Biron
#12775-049
266 County Farm Road
Dover, NH 03820

---

---

OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
JOHN JOSEPH MOAKLEY U.S. COURTHOUSE
1 COURTHOUSE WAY - SUITE 2500
BOSTON, MASSACHUSETTS 02210
OFFICIAL BUSINESS
USMS SCREENED
UNITED STATES POSTAGE
PITNEY BOWES
02 1A
0004624361
$ 00.46⁰
JUN 10 2013
MAILED FROM ZIP CODE 02210
RTS
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 02210300425 *2021-03357-10-40

