✎CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev. 01/08)

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER | |
|---|---|---|---|---|
| 01C | Biron, Lisa | | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 1:12-000140-001 | X:13-001698-001 | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| U.S. v. Biron | ☐ Felony   ☐ Petty Offense<br>☐ Misdemeanor ☐ Other<br>☑ Appeal | ☐ Adult Defendant  ☑ Appellant<br>☐ Juvenile Defendant ☐ Appellee<br>☐ Other | Appeal of trial disposition |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*
18 USC 2423(a), 18 USC 2251(a), 18 USC 2252A(a)(5)(B)

**REQUEST AND AUTHORIZATION FOR TRANSCRIPT**

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED (Describe briefly)
Appeal of trial disposition

13. PROCEEDING TO BE TRANSCRIBED (Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).
Jury trial day one (~~1/18/2013~~ 1/8/2013), jury trial day two (~~1/18/2013~~ 1/9/2013), jury trial day three (1/10/2013), sentencing (5/23/2013)

14. SPECIAL AUTHORIZATIONS — JUDGE'S INITIALS

A. Apportioned Cost ____ % of transcript with (Give case name and defendant)

B. ☐ 14-Day   ☐ Expedited   ☐ Daily   ☐ Hourly   ☐ Realtime Unedited

C. ☑ Prosecution Opening Statement   ☑ Prosecution Argument   ☑ Prosecution Rebuttal
☑ Defense Opening Statement   ☑ Defense Argument   ☑ Voir Dire   ☑ Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

15. ATTORNEY'S STATEMENT

As the attorney for the person represented who is managed above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

/s/Richard B. Klibaner        07/01/2013
Signature of Attorney         Date

Richard B. Klibaner
Printed Name

Telephone Number: (617) 492-5085

☑ Panel Attorney   ☐ Retained Attorney   ☐ Pro-Se   ☐ Legal Organization

16. COURT ORDER

Financial eligibility of the person represented having been established to the Court's satisfaction the authorization requested in Item 15 is hereby granted.

Signature of Presiding Judge or By Order of the Court

Date of Order        Nunc Pro Tunc Date

**CLAIM FOR SERVICES**

17. COURT REPORTER/TRANSCRIBER STATUS
☐ Official   ☐ Contract   ☐ Transcriber   ☐ Other

18. PAYEE'S NAME AND MAILING ADDRESS

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE

Telephone Number:

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expense (Itemize) | | | | | | |
| | | | | **TOTAL AMOUNT CLAIMED:** | | |

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (*compensation or anything of value*) from any other source for these services.

Signature of Claimant/Payee _____   Date _____

**ATTORNEY CERTIFICATION**

22. CERTIFICATION OF ATTORNEY OR CLERK   I hereby certify that the services were rendered and that the transcript was received.

Signature of Attorney or Clerk _____   Date _____

**APPROVED FOR PAYMENT — COURT USE ONLY**

23. APPROVED FOR PAYMENT

Signature of Judge or Clerk of Court        Date

24. AMOUNT APPROVED

# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name  United States v. Lisa Biron

District Court Case No.  12-cr-00140-PB            District of  PLEASESELECT

Date Notice of Appeal filed  05/28/2013            Court of Appeals Case No.  13-1698

Form filed on behalf of  Lisa Biron

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal  _____

Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary)  _____

## TRANSCRIPT ORDER

Name of Court Reporter  Sandra Bailey

Phone Number of Reporter  _____

A.  ✔  **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

| | PROCEEDING(S) | HEARING DATE(S) |
|---|---|---|
| ☒ | Jury Voir Dire | 01/8/2013 |
| ☒ | Opening Statement (plaintiff) | 01/9/2013 |
| ☒ | Opening Statement (defendant) | 01/9/2013 |
| ☒ | Trial | 01/9/2013, 01/10/2013 |
| ☒ | Closing Argument (plaintiff) | 01/10/2013 |
| ☒ | Closing Argument (defendant) | 01/10/2013 |
| ☐ | Findings of Fact/Conclusions of Law | |
| ☒ | Jury Instructions | 01/10/2013 |
| ☐ | Change of Plea | |
| ☒ | Sentencing | 05/23/2013 |
| ☐ | Bail hearing | |
| ☐ | Pretrial proceedings (specify) | |
| ☐ | Testimony (specify) | |
| ☐ | Other (specify) | |

NOTE:  Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B.  _____  **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

☐  Private funds.
☐  Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐  Criminal Justice Act. A CJA Form 24 has been approved by the <u>district court</u> judge.
☒  Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐  Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name  Richard B. Klibaner            Filer's Signature  /s/Richard B. Klibaner

Firm/Address  52 Western Ave., Cambridge, MA 0213    Filer's Email address  klibaner@sprintmail.com

Telephone number  (617) 492-5085            Date mailed to court reporter  _____

(Court Reporter Use ONLY) Date received  _____

Form CA1-10 (6/09/09)                                    SEE INSTRUCTIONS ON REVERSE

```
                    United States Court of Appeals
                              for the
                           First Circuit
```

```
_____
                              *
United States,                *
     Appellee                 *
                              *
v.                            *    Case no. 13-1698
                              *
Lisa Biron,                   *
     Defendant-Appellant      *
                              *
                              *
_____
```

<u>Certificate of Service</u>

The undersigned hereby certifies that on July 1, 2013 he served the Transcript Order Form and form CJA24 on the United States of America by first class mail addressed to:

```
     Helen W. Fitzgibbon, Esq.
     John Paul Kacavas, Esq.
     Donald A. Feith, Esq.
     US Attorney's Office (NH)
     James C. Cleveland Federal Building
     53 Pleasant St, 4th Flr
     Concord, NH 03301-0001.
```

```
                         /s/Ricahrd B. Klibaner
                         Richard B. Klibaner
                         Court of Appeals Bar no. 9985
                         Klibaner & Sabino
                         52 Western Avenue
                         Cambridge, MA 02139-3751
                         (617) 492-5085
                         klibaner@sprintmail.com
```