# United States Court of Appeals
## For the First Circuit

No. 13-1698

UNITED STATES

Appellee

v.

LISA BIRON

Defendant - Appellant

**NOTICE**

Issued: July 11, 2013

By a previously issued Notice, the clerk's office warned that it would no longer send paper copies of court documents to those attorneys who had not registered for an appellate ECF account.

The following attorney has failed to register for an appellate ECF account and will no longer receive notice in this case:

*John Paul Kacavas*

The following attorneys will continue to receive notice in this case:

Seth R. Aframe
Donald A. Feith
Helen White Fitzgibbon
Richard B. Klibaner

Please note that any attorney who has been removed from the service list and later wishes to resume receiving notice must register for an appellate ECF account and enter a notice of appearance in this case.

Margaret Carter, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager: Todd Smith - (617) 748-4273


cc:
Seth R. Aframe
Donald A. Feith
Helen White Fitzgibbon
John Paul Kacavas
Richard B. Klibaner