# United States Court of Appeals
## For the First Circuit

No. 13-1698

UNITED STATES

Appellee

v.

LISA BIRON

Defendant - Appellant

**ORDER OF COURT**

Entered: August 23, 2013
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of correspondence, it is ordered that the time for Appellant Lisa Biron to pay the filing fee be enlarged to and including **September 20, 2013**.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Seth R. Aframe
Lisa Biron
Donald A. Feith
Helen White Fitzgibbon
Richard B. Klibaner