United States Court of Appeals
for the
First Circuit

```
_____
                               *
United States,                 *
     Appellee                  *
                               *
v.                             *      Case no. 13-1698
                               *
Lisa Biron,                    *
     Defendant-Appellant       *
                               *
  _____*
```

Motion to Extend time to File Brief and Appendix

The Defendant-Appellant hereby moves that the time within which she is required to file her principal brief and appendix in this matter be extended to December 13, 2013. In support of this motion she states that:

1. Her appellate counsel recently filed a brief in the matter of *Commonwealth v. Powell*, S.J.C. no. 11362 and is required to file his brief in the matter of *Commonwealth v. Mitchell*, S.J.C. no. 11487 no later than November 15, 2013. Both *Powell* and *Mitchell* are interlocutory appeals in first-degree murder cases involving novel issues of criminal law.

-1-

2. During the past two weeks her appellate counsel has devoted a substantial amount of time to a civil matter pending in the Suffolk Superior Court in which he has opposed a motion to vacate a multi-million dollar arbitration award on behalf of his client, and filed extensive pleadings in that matter on October 22, 2013.

3. Her appellate counsel will be on a previously-planned family vacation from November 26 - December 1, 2013.

By her attorney

_____
Richard B. Klibaner
Court of Appeals Bar no. 9985
Klibaner & Sabino
52 Western Avenue
Cambridge, MA 02139-3751
(617) 492-5085
klibaner@sprintmail.com

Date: October 23, 2013

## Certificate of Service

I hereby certify that I have caused copies of the above document to be served electronically through the ECF system and procedures to all parties herein on October 23, 2013.

s/Richard B. Klibaner