```
                  United States Court of Appeals
                             for the
                          First Circuit
```

| | |
|---|---|
| United States,<br>    Appellee<br><br>v.<br><br>Lisa Biron,<br>    Defendant-Appellant | Case no. 13-1698 |

<u>Motion to Extend time to File Brief and Appendix</u>

The Defendant-Appellant hereby moves that the time within which she is required to file her principal brief and appendix in this matter be extended to January 10, 2013. In support of this motion she states that:

1. Her appellate counsel recently filed a brief in the matter of *Commonwealth v. Mitchell*, S.J.C. no. 11487, and a petition for rehearing and application for further appellate review in the matter of *Comnonwealth v. Gonzalez*, A.C. no. 2012-P-0779.

2. A member of appellate's counsel's staff was recently the victim of a series of crimes committed by

-1-

the former client of an attorney with whom appellate counsel shares office space. Appellate counsel devoted Monday, November 18th, to accompanying the staff member to report the crime to the police and to District Court to seek an order under G.L. c. 258E. The staff member has been absent several days since that time due to this matter, requiring appellate counsel to devote an increased amount of time to routine clerical and secretarial matters.

    3.  Her appellate counsel was be on a previously-planned family vacation from November 26 - December 1, 2013.

    4. Due to these and other matters arising in the course of his criminal and transactional practice, her appellate counsel requires additional time to to complete the research and drafting of her brief.

                        By her attorney

                        /s/Richard B. Klibaner
                        Richard B. Klibaner
                        Court of Appeals Bar no. 9985
                        Klibaner & Sabino
                        52 Western Avenue
                        Cambridge, MA 02139-3751
                        (617) 492-5085
                        klibaner@sprintmail.com

-3-

Date: December 13, 2013

                Certificate of Service

    I hereby certify that I have caused copies of the above document to be served electronically through the ECF system and procedures to all parties herein on December 13, 2013.

                              <u>s/Richard B. Klibaner</u>