United States Court of Appeals
for the
First Circuit

```
_____
                              *
United States,                *
    Appellee                  *
                              *
v.                            *    Case no. 13-1698
                              *
Lisa Biron,                   *
    Defendant-Appellant       *
                              *
                              *
_____
```

<u>Motion to Extend time to File Brief and Appendix</u>

The Defendant-Appellant hereby moves that the time within which she is required to file her principal brief and appendix in this matter be extended to January 24, 2013. In support of this motion she states that:

1. Her appellate counsel was ill from January 2 - 6, 2014.

2. Her appellate counsel is required to file the appellant's brief in the matter of *Commonwealth v. Clemons*, Appeals Court no. 2013-P-1904, on January 13, 2014.

3. The Defendant-Appellant is considering whether

-1-

this matter presents meritorious issues for direct appeal. She spoke with appellate counsel on January 9, 2014 and has arranged to speak with him again on January 16, 2014 to determine how best to proceed in this matter.

                               By her attorney

                               /s/Richard B. Klibaner
                               Richard B. Klibaner
                               Court of Appeals Bar no. 9985
                               Klibaner & Sabino
                               52 Western Avenue
                               Cambridge, MA 02139-3751
                               (617) 492-5085
                               klibaner@sprintmail.com

Date: January 10, 2014

## Certificate of Service

    I hereby certify that I have caused copies of the above document to be served electronically through the ECF system and procedures to all parties herein on January 10, 2014.

                               s/Richard B. Klibaner