United States Court of Appeals
for the
First Circuit

```
_____
                              *
United States,                *
     Appellee                 *
                              *
v.                            *   Case no. 13-1698
                              *
Lisa Biron,                   *
     Defendant-Appellant      *
                              *
_____*
```

Motion to Extend time to File Brief and Appendix

    The Defendant-Appellant hereby moves that the time within which she is required to file her principal brief and appendix in this matter be extended to February 11, 2013. In support of this motion she states that:

    1.  The Defendant-Appellant is an attorney-at-law. She has participated in researching the issues which she wishes to have presented on appeal. Due to ongoing construction at the facility in which she is imprisoned, her access to legal research materials has recently been limited. She wishes to complete researching such issues before instructing her counsel

-1-

on how to proceed with this matter.

2.  The Defendant-Appellant is considering whether this matter presents meritorious issues for direct appeal. The Defendant-Appellant's ability to communicate with her counsel has been restricted due to accusations of violations of prison rules which she is contesting. Her counsel hopes to be able to speak with her during the next week.

3.  The Defendant-Appellant's counsel is scheduled to participate in oral arguments before the Supreme Judicial Court on behalf of criminal defendants on February 3 and 6, 2014 will be need to devote a substantial amount of time during the coming week to preparation for such arguments.

>  /s/Richard B. Klibaner
>  Richard B. Klibaner
>  Court of Appeals Bar no. 9985
>  Klibaner & Sabino
>  52 Western Avenue
>  Cambridge, MA 02139-3751
>  (617) 492-5085
>  klibaner@sprintmail.com

Date: January 24, 2014

### Certificate of Service

I hereby certify that I have caused copies of the

above document to be served electronically through the ECF system and procedures to all parties herein on January 24, 2014.

s/Richard B. Klibaner