Lisa A. Biron
#12775-049
Federal Correctional Institution
Route 37
Danbury, CT 06811

First Circuit Ct. App.                                February 3, 2014
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 2500
Boston, MA 02210-3002

Re: Case Number 13-1698, U.S. v. Biron

Dear Clerk:

Please forward me a copy of my docket sheet. I do not know when my appellate brief is due because my lawyer has not forwarded this information. I have been severely restricted in my ability to communicate with my attorney because of phone, email and visitation restrictions wrongfully placed on me by the FBOP. When I am allowed to make an unmonitored call to my attorney, it is always 15 minutes or less. Please grant liberally any extensions that he requests. Thank you for your attention to this matter.

Sincerely,

*Lisa Biron*

Lisa A. Biron

2014 FEB -7 P 12: 12
FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT





Lisa Biron #12775-049
Federal Correctional Institution
Route 37
Danbury, CT 06811

WESTCHESTER NY 105

04 FEB 2014 PM 5 L

USMS SCREENED

First Circuit Court of Appeals
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 2500
Boston, MA 02210-3002

Legal mail
Mailed 02/03/14

02210302499