United States Court of Appeals
for the
First Circuit

```
_____
                              *
United States,                *
     Appellee                 *
                              *
v.                            *    Case no. 13-1698
                              *
Lisa Biron,                   *
     Defendant-Appellant      *
                              *
                              *
_____
```

<u>Motion to Extend time to File Brief and Appendix</u>

The Defendant-Appellant hereby moves that the time within which she is required to file her principal brief and appendix in this matter be extended to February 28, 2013. In support of this motion she states that:

1. The Defendant-Appellant is an attorney-at-law. She has participated in researching the issues which she wishes to have presented on appeal. Due to ongoing construction at the facility in which she is imprisoned, her access to legal research materials has recently been limited. She wishes to complete researching such issues before instructing her counsel

-1-

on how to proceed with this matter.

    2.  Her counsel is researching additional issues regarding her sentencing in order to determine if this matter presents meritorious issues for direct appeal.

    3.  The Defendant-Appellant's counsel was ill during two periods of several days during the preceding two weeks. Since recovering, he has participated in oral arguments before the Supreme Judicial Court on behalf of criminal defendants on February 3 and 6, 2014.

    4.  No request for a further extension is anticipated.

/s/Richard B. Klibaner
Richard B. Klibaner
Court of Appeals Bar no. 9985
Klibaner & Sabino
52 Western Avenue
Cambridge, MA 02139-3751
(617) 492-5085
klibaner@sprintmail.com

Certificate of Service

I hereby certify that I have caused copies of the above document to be served electronically through the ECF system and procedures to all parties herein on February 11, 2014.

/s/Richard B. Klibaner

Date: February 11, 2014