OFFICE OF THE CLERK
# UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

MARGARET CARTER
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

February 26, 2014

Lisa Biron
12775-049
FCI Danbury
Route 37
Danbury, CT 06811

    Re: US v. Biron
    No. 13-1698

Dear Ms. Biron:

    This letter will acknowledge receipt of your correspondence dated February 3, 2014. Per your request enclosed is a copy of the docket sheet for your appeal. I hope this information is helpful.

        Sincerely,

        /s/ Margaret Carter, Clerk

Encl.

cc:    Richard B. Kilbaner
       Seth R. Aframe
       Donald A. Feith
       Helen White Fitzgibbon
       John P. Kacavas