Lisa A. Biron
#12775-049
Federal Correctional Institution
Route 37
Danbury, CT 06811

First Circuit Ct. App.
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 2500
Boston, MA 02210-3002

February 22, 2014

Re: Case Number 13-1698, U.S. v. Biron

Dear Clerk:

I did receive a letter from Attorney Klibaner with my docket sheet. Thank you. The letter he mailed to me was postmarked on February 12, 2014, but was not given to me until noon on February 18th by the prison. Apparently, my brief was due on February 11th, but Attorney Klibaner stated in the letter that he would be asking for an extension. Through no fault of his, this is the last I have heard.

I mentioned briefly, in my last letter, how the FBOP is seriously interfering with my ability to communicate with my lawyer. I would like to expound on this so that it is in the record.

I had mentioned that my phone, visitation and email privileges have all been wrongfully restricted (completely cut off). This is because I wrote a letter to my daughter, R.B.. There is nothing in my sentence preventing me from having contact with her, but someone from the U.S. Attorney's Office represented to the people here that the oral statement made by the magistrate on January 3, 2013 (while I was already detained and being arraigned on a superceding indictment) telling me not to talk to R.B. pending the resolution of this case, is a no-contact order. And further, that it is the U.S. Attorney's Office's position that this "no-contact order" is still in effect because my case is on appeal.

I believe this is malicious prosecution or prosecutorial misconduct. At the very least it is unethical, and it has interfered terribly with my ability to aid in my defense.[1]

In fact, presently, I am back in the SHU (Special Housing Unit) and have been separated from most of my legal paperwork since Wednesday, February 19th when I was once again wrongly found guilty in a disciplinary hearing for violating a no-contact order that does not exist for attempting to mail R.B.

---

1 The prosecution was also able to successfully use the N.H. DCYF to keep R.B. from attending and speaking at my sentencing against her will. She desperately wanted to be there. The prosecution instead produced a short and heavily edited DVD of her statement. Further, it has been alleged to me that the prosecution, through DCYF, has warned my ex-husband that if he did not turn over any letters I write to him to the FBI, it would take R.B. away from him and put her up for adoption.

1st Cir. Ct. App., Clerk
February 22, 2014
Page 2 of 2

I am filing suit against the individuals involved and will gain access to the U.S. Attorney's email that makes this misrepresentation. But in the mean time, I have put in a request to speak with Attorney Klibaner. This, of course, will be of little use apart from my legal papers and materials.

Since it appears that the U.S. Attorney's Office is involved in this disciplinary action that has interfered with my right to aid in my defense, please stay my case until I am let out of the "hole" and am able to properly consult with my attorney and have unhindered access to a law library (it has taken 3 days just to be brought to the cell with the typewriter to type this letter). I am sentenced to 60 days, but have, of course, begun an administrative appeal.

Thank you for your kind attention to this matter and would you please send a copy of htis letter to Attorney Klibaner and the government; it will be about 10 days before I could get copies made while in the SHU.

                                        Sincerely,

                                        *Lisa Biron*
                                        Lisa A. Biron

[Stamp: FILED IN CLERKS OFFICE US COURT OF APPEALS FOR THE FIRST CIRCUIT  2014 FEB 26 P 1:25]

Inmate Name: Lisa A. Biron
Register Number: 12775-049
Federal Correctional Institution
33½ Pembroke Road
Danbury, CT 06811-3099

WESTCHESTER NY 105
24 FEB 2014 PM 2 L

Clerk, First Circuit Ct. of App.
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 2500
Boston, MA 02210-3002

Confidential Legal Mail
Mailed 2/24/14

USMS SCREENED

0221030249

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAIL PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS NEITHER BEEN OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURES TO THE ABOVE ADDRESS.

DATE: 2/24/14
FEDERAL CORRECTIONAL INSTITUTION DANBURY
33 1/2 PEMBROKE ROAD, DANBURY CT, 06811

Case: 13-1698    Document: 00116653946    Page: 3    Date Filed: 02/26/2014    Entry ID: 5803950