```
                United States Court of Appeals
                          for the
                       First Circuit
```

_____
                                       *
United States,                         *
    Appellee                           *
                                       *
v.                                     *      Case no. 13-1698
                                       *
Lisa Biron,                            *
    Defendant-Appellant                *
                                       *
                                       *
_____

<u>Motion to Extend time to File Brief and Appendix</u>

The Defendant-Appellant hereby moves that the time within which she is required to file her principal brief and appendix in this matter be extended to March 14, 2013. In support of this motion she states that:

1. The Defendant-Appellant's counsel has been unable to speak with her regarding her instructions for pursuing this appeal. Due to the imminent closure of the FCI Danbury as a women's correctional center and the transfer of staff from the facility, it has not been possible to arrange to speak with her by telephone, despite repeated attempts.

2. It is essential that counsel explain to the

Defendant-Appellant his conclusions regarding the merits of her appeal before he can determine how to proceed on her behalf.

3.   If counsel is unable to speak with the Defendant-Appellant by telephone by Wednesday, March 5, 2014, he plans to travel to the facility for a personal meeting.

>  /s/Richard B. Klibaner
>  Richard B. Klibaner
>  Court of Appeals Bar no. 9985
>  Klibaner & Sabino
>  52 Western Avenue
>  Cambridge, MA 02139-3751
>  (617) 492-5085
>  klibaner@sprintmail.com

Certificate of Service

I hereby certify that I have caused copies of the above document to be served electronically through the ECF system and procedures to all parties herein on February 28, 2014.

/s/Richard B. Klibaner

Date: February 28, 2014