OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

MARGARET CARTER
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

March 3, 2014

Ms. Lisa A. Biron
12775-049
FCI Danbury
Route 37
Danbury, CT 06811

      Re:  United States v Biron
           Appeal No. 13-1698

Dear Ms. Biron:

      This letter will acknowledge receipt of your recent correspondence dated February 22, 2014. Enclosed please find a copy of the complete docket sheet for appeal no. 13-1698, your appeal from lower court no. 12-cr-00140-PB-1 (D.N.H.). In response to your specific request, please be advised that any letters or orders which are docketed in this appeal are automatically made available to your attorney through the court's Case Management/Electronic Case Filing system (CM/ECF). Additionally, if you have specific concerns about the portion of the district court judgment which states that "[t]he defendant may not directly or indirectly contact the victim", you should discuss that matter with counsel. Finally, since you filed a separate motion seeking to extend the time to file your opening brief, which motion was allowed until March 14, 2014, your request to stay the appeal contained on page two of your letter appears to be moot and we have not taken action on it.

      I hope this information is helpful to you.

                            Sincerely,

                            /s/ Margaret Carter, Clerk

Enc.

cc:    Richard B. Kilbaner
        Seth R. Aframe
        Donald A. Feith
        Helen W. Fitzgibbon
        John P. Kacavas