First Circuit Court of Appeals

U.S.,

v.

Lisa Biron, defendant         Case No. _____

## Motion for Appointment of New Counsel

Now Comes Lisa Biron who requests this Court appoint new counsel and states in support as follows:

1. The defendant is entitled to effective counsel that will zealously represent her.
2. The defendant has had sparse and inadequate communication with her appointed counsel, Richard Klibaner.
3. The defendant does not believe attorney Klibaner is working to zealously and effectively represent her in this appeal.
4. The defendant is facing the equivalent of a life sentence.
5. The defendant is not in agreement with attorney Klibaner's appellate strategy.
6. The interests of justice will be served by appointment of new counsel.

Wherefore, Ms Biron requests this Honorable Court appoint new counsel.

Respectfully submitted by,

March 10, 2014                         Lisa Biron

First Circuit Court of Appeals  
John Joseph Moakley Courthouse  
One Courthouse Way  
Boston, MA 02210

March 10, 2014

*FILED IN CLERK'S OFFICE US COURT OF APPEALS FOR THE FIRST CIRCUIT 2014 MAR 13 P 12: 13*

Re: US v. Lisa Biron, Case No.: _____

Dear Clerk,

I have enclosed for filing with the Court my Motion for Appointment of New Counsel. I do not have my case number because on March 5, 2014 Danbury closed its SHU (Special Housing Unit), which I was in due to the circumstances described in my February 22 letter to the court, and I was transferred to the SHU at MDC-Brooklyn. All of my property, including my legal paperwork, is in boxes in transit to here.

Thank you for your attention to this matter. This Motion was placed in the inmate legal mail system on this date. Please copy the government as I am unable to.

Sincerely,

Lisa Biron

Case: 13-1698　Document: 00116660783　Page: 3　Date Filed: 03/13/2014　Entry ID: 5807681

Lis Biron 12775-049
MDC Brooklyn
P.O. Box 329002
Brooklyn, NY 11232

Clerk of the Court
First Circuit Court of Appeals
John Joseph Moakley Courthouse
One Courthouse Way
Boston, MA 02210

USMS SCREENED

mailed 3/10/14

022108302S