```
                United States Court of Appeals
                          for the
                       First Circuit
```

_____
                                  *
United States,                    *
    Appellee                      *
                                  *
v.                                *   Case no. 13-1698
                                  *
Lisa Biron,                       *
    Defendant-Appellant           *
                                  *
                                  *
_____

<u>Motion to Extend time to File Brief and Appendix</u>

The Defendant-Appellant hereby moves that the time within which she is required to file her principal brief and appendix in this matter be extended to March 21, 2013. In support of this motion she states that:

1. After repeated efforts, Defendant-Appellant's counsel was able to speak with her briefly by telephone on approximately March 5, 2014. Such contact was delayed by the closure of the FCI Danbury as a women's correctional center, the defendant's transfer to MDC Brooklyn and the procedures of the latter institution.

2. After such conversation, counsel determined that the appeal would not be dismissed and he began

-1-

work on a brief to be filed pursuant to Local Rule 46.6(c) and in accordance with <u>Anders v. California</u>, 386 U.S. 738, 744-745 (U.S. 1967). Counsel has not yet been able to complete such brief. Counsel is simultaneously preparing an appeal in the matter of <u>Commonwealth v. Clemons</u>, Massachusetts Appeals Court no. 2013-1905 and handling other matters in the normal course of his practice.

    3. On March 13, 2014, the defendant filed with this Court a <u>pro se</u> Motion for Appointment of New Counsel. The Court has not yet acted on such motion. Counsel intends to file a motion to be permitted to withdraw as counsel.

<u>/s/Richard B. Klibaner</u>
Richard B. Klibaner
Court of Appeals Bar no. 9985
Klibaner & Sabino
52 Western Avenue
Cambridge, MA 02139-3751
(617) 492-5085
<u>klibaner@sprintmail.com</u>

Certificate of Service

    I hereby certify that I have caused copies of the above document to be served electronically through the ECF system and procedures to all parties herein on March 14, 2014.

                                /s/Richard B. Klibaner

Date: March 14, 2014