United States Court of Appeals
for the
First Circuit

```
_____
                              *
United States,                *
     Appellee                 *
                              *
v.                            *    Case no. 13-1698
                              *
Lisa Biron,                   *
     Defendant-Appellant      *
                              *
                              *
_____*
```

### Motion to be Permitted to Withdraw as Counsel

The undersigned hereby moves that he be permitted to withdraw his appearance as counsel for the Defendant-Appellant. In support of this motion he states that:

1. Counsel most recently spoke with the Defendant-Appellant on approximately March 5, 2014. As a result of such conversation, he began work on a brief to be filed pursuant to Local Rule 46.6(c) and in accordance with Anders v. California, 386 U.S. 738, 744-745 (U.S. 1967).

2. On March 13, 2014, the defendant filed with this Court a pro se Motion for Appointment of New Counsel.

3. The Defendant-Appellant believes that her counsel will not zealously present to this Court issues which she believes merit review. It is apparent that the Defendant-Appellant no longer has confidence in the judgment of her counsel.

/s/Richard B. Klibaner
Richard B. Klibaner
Court of Appeals Bar no. 9985
Klibaner & Sabino
52 Western Avenue
Cambridge, MA 02139-3751
(617) 492-5085
klibaner@sprintmail.com

Certificate of Service

I hereby certify that I have caused copies of the above document to be served electronically through the ECF system and procedures to all parties herein on March 17, 2014 and that on the same day he mailed a copy of the above document to the Defendant-Appellant by first-class mail addressed to her at Metropolitan Detention Center, P.O. Box 329002, Brooklyn, NY  11232.

/s/Richard B. Klibaner

Date: March 17, 2014