United States Court of Appeals
for the
First Circuit

```
_____
                              *
United States,                *
    Appellee                  *
                              *
v.                            *    Case no. 13-1698
                              *
Lisa Biron,                   *
    Defendant-Appellant       *
                              *
                              *
_____*
```

<u>Motion to Extend time to File Brief and Appendix</u>

The Defendant-Appellant hereby moves that the time within which she is required to file her principal brief and appendix in this matter be extended to March 28, 2013. In support of this motion, she states that her counsel was ill for several days during the preceding week and has not been able to complete work on such brief and appendix.

<u>/s/Richard B. Klibaner</u>
Richard B. Klibaner
Court of Appeals Bar no. 9985
Klibaner & Sabino
52 Western Avenue
Cambridge, MA 02139-3751
(617) 492-5085
klibaner@sprintmail.com

-1-

Certificate of Service

    I hereby certify that I have caused copies of the above document to be served electronically through the ECF system and procedures to all parties herein on March 23, 2014.

                          /s/Richard B. Klibaner

Date: March 23, 2014