# United States Court of Appeals
## For the First Circuit

No. 13-1698

UNITED STATES

Appellee

v.

LISA BIRON

Defendant - Appellant

**ORDER OF COURT**

Entered: March 24, 2014
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellant Lisa Biron to file a brief and an appendix be enlarged to and including **March 28, 2014**. No further extension of this deadline should be expected.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Seth R. Aframe
Donald A. Feith
Helen White Fitzgibbon
John Paul Kacavas
Richard B. Klibaner