Re: Appeal No. 13-1698

March 19, 2014

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT
2014 MAR 24 P 1:22

Dear Clerk Carter,

Thank you for your response dated March 3, 2014. I just received it this afternoon.

I am concerned about the incorrect information in your letter that refers to language that is <u>not</u> in the district court's judgment. As I explained in my letter of February 22, 2014, there is absolutely no part of my sentence that bars contact with my daughter. This matter has been discussed, as you suggested, with my former counsel who concurs.

It is disturbing, although not surprising, that this misinformation would be perpetuated like this.

You should have received my motion for new counsel last week. I will await the Court's ruling on that.

This letter does not require a response, but also for the record: I have now been 3 weeks without my legal papers (since my transfer to the SHU in MDC Brooklyn) and have not been allowed to use the law library.

Sincerely,

Lisa Biron

Lisa Biron 12175-049
MDC-Brooklyn
P.O. Box 329002
Brooklyn, NY 11232

NEW YORK NY 100

21 MAR 2014 PM 13 L

USA FOREVER

Clerk Carter
U.S. Ct. App. for the First Circuit
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 2500
Boston, MA 02210

USMS SCREENED

02210830004

Legal mail
Mailed 3/19/14

METROPOLITAN DETENTION CENTER
BROOKLYN, N.Y. 11232
PROCESSED THE...
FORWARD
OPEN NOR
OR A PROBLEM
YOU MAY WHA
INFORMATION OR CLARIFICA...
CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRE...
PLEASE RETURN THE ENCLOSURE TO THE ABOVE AD...