United States Court of Appeals
for the
First Circuit

```
_____
                              *
United States,                *
     Appellee                 *
                              *
v.                            *    Case no. 13-1698
                              *
Lisa Biron,                   *
     Defendant-Appellant      *
                              *
_____*
```

<u>Motion to Extend time to File Brief and Appendix</u>

The Defendant-Appellant hereby moves that the time within which she is required to file her principal brief and appendix in this matter be extended to April 4, 2013. In support of this motion, she states that in the course of preparing her brief, her counsel determined that there are additional issues which need to be addressed and needs several more days to complete work on this matter.

<u>/s/Richard B. Klibaner</u>
Richard B. Klibaner
Court of Appeals Bar no. 9985
Klibaner & Sabino
52 Western Avenue
Cambridge, MA 02139-3751
(617) 492-5085
<u>klibaner@sprintmail.com</u>

-1-

-2-

Certificate of Service

    I hereby certify that I have caused copies of the above document to be served electronically through the ECF system and procedures to all parties herein on March 31, 2014.

                                        <u>/s/Richard B. Klibaner</u>

Date: March 31, 2014