March 26, 2014

Re: Case no.: 13-1698
U.S. v. Biron

Dear Clerk,

Yesterday I was moved to the Federal Transfer Center in Oklahoma. I am told my destination is Carswell, Texas. I do not know when the transfer to Texas will happen.

If the court has ruled on my motion for new counsel, I have not received any notice yet, and likely will not for sometime.

I renew my motion to stay my appeal (made in my letter of February 22, 2014) until my situation stabilizes, and I regain access to my legal property.

Thank you for your attention to this matter.

Sincerely,

Lisa Biron

NAME: Julia Bran
REG# 12775-049
FEDERAL TRANSFER CENTER
P.O. BOX 898801
OKLAHOMA CITY, OK 73189-8801

USMS SCREENED

Clerk of Court
First Circuit Court of Appeals
John Joseph Moakley Courthouse
One Courthouse Way
Boston, MA 02101