OFFICE OF THE CLERK
# UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

MARGARET CARTER
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

April 1, 2014

Lisa Biron
12775-049
FTC Oklahoma
PO Box 898801
Oklahoma City, OK 73189

    Re:    United States v. Biron
            Appeal No. 13-1698

Dear Mr. Biron:

    This will acknowledge receipt of your recent correspondence dated March 26, 2014. Enclosed please find a copy of the docket sheet for appeal no. 13-1698, your appeal from lower court no. 12-cr-00140-PB-1 (D.N.H.). As you can see, we have updated the docket sheet to reflect your current location at FTC Oklahoma. We will update our records again if you are moved to another facility. Additionally, please be advised that the court has not yet ruled on your motion seeking the appointment of new counsel on appeal. You will be notified in writing when the court reaches a decision with respect to that motion. As a result, attorney Richard B. Klibaner remains counsel of record in this appeal and he is responsible for meeting the court's deadlines and filing motions on your behalf. Accordingly, you should direct your questions and concerns about this matter to attorney Klibaner. A copy of this letter is being forwarded to Attorney Klibaner so he will be aware of your recent letter.

                        Sincerely,

                        /s/ Margaret Cater, Clerk

Enc.

cc:    Richard B. Klibaner
       Seth R. Aframe
       Donald A. Fieth
       Helen W. Fitzgibbon
       John P. Kacavas