# United States Court of Appeals
## For the First Circuit

No. 13-1698

UNITED STATES

Appellee

v.

LISA BIRON

Defendant - Appellant

**ORDER OF COURT**

Entered: April 1, 2014
Pursuant to 1st Cir. R. 27.0(d)

    Appellant has filed a motion for a seven-day enlargement of time to file her opening brief and appendix due on March 28, 2014.  The briefing schedule was originally set on September 13, 2013.  Since that time, Appellant has been granted several generous extensions of time.  Appellant has previously been advised that no further extension of the briefing deadline should be expected.

    The court looks with extreme disfavor on multiple extension requests and lengthy delays in briefing.  However, we allow Appellant's request for an additional seven days.  Appellant's brief and appendix are due on or before **April 4, 2014.**  No further extensions of this deadline should be sought or expected.

By the Court:

/s/ Margaret Carter, Clerk

cc:    Richard B. Klibaner
        Seth R. Aframe
        Donald A. Feith
        Helen W. Fitzgibbon
        John P. Kacavas