```
               United States Court of Appeals
                         for the
                      First Circuit
```

_____
                              *
United States,                *
     Appellee                 *
                              *
v.                            *    Case no. 13-1698
                              *
Lisa Biron,                   *
     Defendant-Appellant      *
                              *
                              *
_____

## Motion to Hold Case in Abeyance

The Defendant-Appellant hereby moves that the proceedings in this matter be stayed. In support of this motion, she states that:

1. As a result of her illegal placement in segregation at FCI Danbury, the subsequent closing of FCI Danbury as a women's facility, her transfer to MDC Brooklyn, her recent transfer to a federal transfer center in Oklahoma, and an anticipated further transfer to a correctional institution in Texas, she has been deprived of access to her legal papers and to resources to conduct legal research.

2. She believes that her appointed counsel is not

working to zealously and effectively represent her in this matter and will not present to this Court existing meritorious grounds for appeal and that, therefore, she must have the opportunity to personally participate in the preparation of her appeal.

    3. She is an attorney and was admitted to the bar of the State of New Hampshire.

    4. She first requested a stay of these proceedings in a letter to the Court dated February 22, 2014.

    5. She has moved for the appointment of new counsel and her present counsel has moved for permission to withdraw, but the court has not yet acted on such motions.

                          By her attorney,

                          /s/Richard B. Klibaner
                          Richard B. Klibaner
                          Court of Appeals Bar no. 9985
                          Klibaner & Sabino
                          52 Western Avenue
                          Cambridge, MA 02139-3751
                          (617) 492-5085
                          klibaner@sprintmail.com

## Certificate of Service

    I hereby certify that I have caused copies of the above document to be served electronically through the ECF system and procedures to all parties herein on April 2, 2014

                                      /s/Richard B. Klibaner

Date: April 2, 2014