# United States Court of Appeals
## For the First Circuit

No. 13-1698

UNITED STATES,

Appellee,

v.

LISA BIRON,

Defendant, Appellant.

ORDER OF COURT

Entered: April 17, 2014

    Counsel's motion to withdraw is <u>denied</u>.  The time for filing counsel's brief is extended until three weeks from the date of this order.

    Appellant's motion for appointment of new counsel is <u>denied</u>.

    Appellant's pro se motion that her case be held in abeyance is <u>denied</u>.

By the Court:

<u>/s/ Margaret Carter, Clerk</u>

cc:

Richard B. Klibaner
Lisa Biron
Seth R. Aframe
Donald A. Feith
Helen W. Fitzgibbon
John P. Kacavas