# United States Court of Appeals
## For the First Circuit

No. 13-1698

UNITED STATES

Appellee

v.

LISA BIRON

Defendant - Appellant

**ORDER OF COURT**

Entered: May 12, 2014
Pursuant to 1st Cir. R. 27.0(d)

    Appellant is presently in default for failure to file a brief and appendix. It is ordered that if a brief and appendix are not filed on or before **May 27, 2014**, this case will be dismissed in accordance with 1st Cir. R. 45.0(a) for lack of prosecution.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Seth R. Aframe
Donald A. Feith
Helen White Fitzgibbon
John Paul Kacavas
Richard B. Klibaner