United States Court of Appeals
for the
First Circuit

```
_____
                               *
United States,                 *
     Appellee                  *
                               *
v.                             *    Case no. 13-1698
                               *
Lisa Biron,                    *
     Defendant-Appellant       *
                               *
_____*
```

<u>Motion to Delay Entry of Dismissal by One Day</u>

The Defendant-Appellant hereby moves that the time within which she is required to file her principal brief and appendix in this matter be extended to May 28, 2014. In support of this motion, she states that her appellate counsel's legal secretary was ill on May 27, 2014 and unavailable to assist her counsel in the final proofreading and revision of her brief, preparation of tables and assembly of the appendix.

<u>/s/Richard B. Klibaner</u><br>
Richard B. Klibaner<br>
Court of Appeals Bar no. 9985<br>
Klibaner & Sabino<br>
52 Western Avenue<br>
Cambridge, MA 02139-3751<br>
(617) 492-5085<br>
klibaner@sprintmail.com

-1-

-2-

Certificate of Service

    I hereby certify that I have caused copies of the above document to be served electronically through the ECF system and procedures to all parties herein on May 27, 2014.

                                              /s/Richard B. Klibaner

Date: May 27, 2014