# United States Court of Appeals
## For the First Circuit

No. 13-1698

UNITED STATES

Appellee

v.

LISA BIRON

Defendant - Appellant

**ORDER OF COURT**

Entered: May 29, 2014
Pursuant to 1st Cir. R. 27.0(d)

    Defendant's counsel has filed a brief pursuant to Anders v. California, 386 U.S. 738 (1976). We cannot docket counsel's brief since it is not accompanied by a motion to withdraw certifying that he has advised defendant-appellant of her right to file a supplemental *pro se* brief in support of reversal or modification of the judgment and the thirty day deadline for filing such a brief. Loc. R. 46.6(c)(4). In addition, counsel must submit a renewed certificate of service indicating that defendant-appellant was served with a copy of the motion to withdraw and brief. Loc. R. 46.6(c)(4).

    Accordingly, counsel's Anders brief will remain tendered until **June 12, 2014** so that counsel may file a motion to withdraw in which he certifies that defendant was advised of her right to file a pro se supplemental brief in response **and** a certificate of service indicating that defendant-appellant was served with a copy of the motion and brief. **All filings must be accompanied by proof of service on defendant-appellant.**

                                                    By the Court:
                                                   /s/ Margaret Carter, Clerk

cc:    Richard B. Klibaner
          Lisa Biron
          Seth R. Aframe
          Donald A. Feith
          Helen W. Fitzgibbon
          John P. Kacavas