United States Court of Appeals
for the
First Circuit

```
_____
                               *
United States,                 *
     Appellee                  *
                               *
v.                             *     Case no. 13-1698
                               *
Lisa Biron,                    *
     Defendant-Appellant       *
                               *
                               *
_____*
```

Certificate of Service

The undersigned hereby certifies that on June 3, 2014 he served one copy of the Appendix for Defendant-Appellant on the United States of America by first class mail addressed to:

    Helen W. Fitzgibbon, Esq.
    John Paul Kacavas, Esq.
    Donald A. Feith, Esq.
    Seth R. Aframe, Esq.
    US Attorney's Office
    53 Pleasant St, 4th Flr
    Concord, NH 03301-0001.

                              /s/Richard B. Klibaner
                              Richard B. Klibaner
                              Court of Appeals Bar no. 9985
                              Klibaner & Sabino
                              52 Western Avenue
                              Cambridge, MA 02139-3751
                              (617) 492-5085
                              klibaner@sprintmail.com