United States Court of Appeals
for the
First Circuit

```
_____
                              *
United States,                *
     Appellee                 *
                              *
v.                            *    Case no. 13-1698
                              *
Lisa Biron,                   *
     Defendant-Appellant      *
                              *
_____
```

Motion to File Appendix Instanter

The undersigned, attorney for Lisa Biron, Defendant-Appellant, hereby moves that the Appendix for the Defendant-Appellant be accepted for filing instanter. In support of this motion, he states that five copies of the Appendix were transmitted to the Court with the paper copies of the Brief for the Defendant-Appellant.

                       Respectfully submitted,

                       s/Richard B. Klibaner
                       Richard B. Klibaner
                       Court of Appeals Bar no. 9985
                       Klibaner & Sabino
                       52 Western Avenue
                       Cambridge, MA 02139-3751
                       ph. (617) 492-5085
                       fx. (617) 492-5098
                       klibaner@sprintmail.com

Date: June 4, 2014

## Certificate of Service

I hereby certify that I have caused copies of the above document to be served electronically through the ECF system and procedures to all parties herein on June 4, 2014.

/s/Richard B. Klibaner