# United States Court of Appeals
## For the First Circuit

_____

No. 13-1698

UNITED STATES

Appellee

v.

LISA BIRON

Defendant - Appellant

_____

**ORDER OF COURT**

Entered: June 5, 2014
Pursuant to 1st Cir. R. 27.0(d)

Appellant's motion for leave to file her appendix instanter is allowed. The appendix is accepted for filing as of this date.

By the Court:

/s/ Margaret Carter, Clerk

cc: Richard B. Klibaner
Seth R. Aframe
Donald A. Feith
Helen W. Fitzgibbon
John P. Kacavas