# United States Court of Appeals
## For the First Circuit

No. 13-1698

UNITED STATES

Appellee

v.

LISA BIRON

Defendant - Appellant

**MANDATE**

Entered: December 8, 2014

In accordance with the judgment of November 14, 2014, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Seth R. Aframe
Lisa Biron
Donald A. Feith
Helen White Fitzgibbon
John Paul Kacavas