# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

February 19, 2015

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA  02210

    Re:  Lisa Biron
          v. United States
          No. 14-8481
          (Your No. 13-1698)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on February 9, 2015 and placed on the docket February 19, 2015 as No. 14-8481.

Sincerely,

**Scott S. Harris**, Clerk

by

Jacob C. Travers
Case Analyst